IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JANET R. NORRED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 1:05cv22-CSC |
| ) | WO |
| JO ANNE BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On November 22, 2005, the plaintiff filed an application for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 in the amount of $2,801.54, which represents 18.30 hours of attorney time billed at a rate of $153.09 per hour. (Doc. # 22). The defendant does not object to the hourly rate or the amount of hours sought by plaintiff's counsel. (Doc. # 24). Accordingly, it is

ORDERED AND ADJUDGED that the application for attorney's fees and expenses (doc. # 22) be and is hereby GRANTED and that the plaintiff be and is hereby AWARDED fees in the amount of $2,801.54 under 28 U.S.C. § 2412.

Done this 12th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE